**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
**XX FIFTH MODIFIED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Chantale Jean-Joseph                    CASE NO.: 09-23263-BKC-RBR

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $129.46 for months 1 to 22;
- B. $16,315.07 for month 23 to 23;
- C. $150.00 for month 24 to 26; and
- D. $169.03 for months 27 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - $3,675.00 Total paid: $800.00
Base Fee $3,000.00 plus $150.00 costs plus $525.00 Modification Fee
Balance Due: $2,875.00 payable $106.82/mo. (Mos. 1 to 22)
payable $397.27/mo. (Mos. 23 to 23)
payable $63.86/mo. (Mos. 24 to 25)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

Zebersky & Payne LLP                    Total Due $14,421.15 (PER COURT ORDER)
110 SE 6th Street                       Payment $14,421.15/mo. (Mo. 23 to 23)
Suite 2150
Ft. Lauderdale, FL 33301

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: :   [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay: $13.46/mo. (Mos. 1 to 22); $13.46/mo. (Mo. 23 to 23); $72.51/mo. (Mos. 24 to 25) and pay $153.66/mo. (Mos. 26 to 60).  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to pay Southeast Toyota directly.   Debtor surrenders 5363 SW 126 Terrace, Miramar FL to: Broward County, Countrywide (1723), Bahia Miramar HOA -210007.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/S/RAYSA I. RODRIGUEZ, ESQ.*
for CHANTALE JEAN-JOSEPH,  Debtor

Dated: 6/1/2011

LF-31 (rev. 12/01/02)